FILED
FEB  2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR312-JLS |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., Sec. 1326(a) and (b) -Attempted Entry After Deportation (Felony) |
| MIGUEL ANGEL NEGRON, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about January 12, 2008, within the Southern District of California, defendant MIGUEL ANGEL NEGRON, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326(a) and (b).

1  It is further alleged that defendant MIGUEL ANGEL NEGRON was
2  removed from the United States subsequent to May 3, 1990.
3  DATED: February 7, 2008     .

KAREN P. HEWITT
United States Attorney

/s/ CARLA J. BRESSLER
CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:es:San Diego
01/18/2008