6

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

FEB 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.

MIGUEL ANGEL NEGRON

**WAIVER OF INDICTMENT**

08 CR 312-JLS
CASE NUMBER: 08 - MJ - 0088

I, <u>MIGUEL ANGEL NEGRON</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b) - Attempted Entry After Deportation (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___2/7/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x _____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER