FILED 08 APR 11 AM 11:49

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

FILED 08 APR -9 PM 3:48

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

MIGUEL ANGEL NEGRON,

          Defendant.

CASE NO. 08CR312-JLS

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

___    of the offense(s) of:

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 8, 2008

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

I have executed within Judgment of dismissal ~~Judgement and Commitment~~ on 4/10/08

ENTERED ON _____

United States Marshal

By: _____
USMS Criminal Section